UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| IN RE:<br>    CHESNEL EDMOND,<br>        *Debtor* | Case No.: 12-32141 (AMN)<br><br>Chapter 13 |
| CHESNEL EDMOND,<br>    *Debtor*<br><br>v.<br><br>KEY BANK, N.A., AS SUCCESSOR BY MERGER TO FIRST NIAGARA BANK, N.A.,<br>    *Respondent* | AP Case No.: 19-03020 (AMN)<br><br><br><br><br><br>Re: AP-ECF No. 1 |

## **MEDIATION REFERRAL ORDER**

**WHEREAS**, on October 15, 2019, the debtor, Chesnel Edmond (the "Debtor"), filed a complaint alleging that Key Bank, N.A., as successor by merger to First Niagara Bank, N.A. ("Defendant"), acted contrary to the order confirming the Debtor's Chapter 13 Plan in violation of 11 U.S.C. § 1327 and in violation of the Connecticut Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110(a), *et seq.*, AP-ECF No. 1; and

**WHEREAS**, Defendant filed an answer to the complaint, denying all allegations as set forth therein, ECF No. 7; and

**WHEREAS**, during a Pre-Trial Conference on January 10, 2020, the Debtor and the Defendant (collectively, the "Parties") expressed an interest in attempting to resolve this adversary proceeding by mediation, and

**WHEREAS**, the Court directed the Parties to submit an executed stipulation to confirm the Parties' desire to engage in mediation, ECF No. 25; and

**WHEREAS**, the Parties submitted a Mediation Stipulation, ECF No. 27; and

**WHEREAS**, the Court believes that there is a benefit in allowing the Parties the opportunity to engage in mediation of this adversary proceeding; it is now hereby

**ORDERED**: That, the Parties are referred to the Honorable James J. Tancredi, United States Bankruptcy Judge, United States Bankruptcy Court, District of Connecticut, for mediation; and it is further,

**ORDERED**: That, on or before March 6, 2020, counsel for the Parties are directed to contact Judge Tancredi by email directed to Judge Tancredi's Courtroom Deputy at CourtroomDeputy_Hartford@ctb.uscourts.gov with three (3) potential dates and times that the Parties are available for a telephonic conference call with Judge Tancredi to set a schedule for mediation; and it is further,

**ORDERED**: That, the terms of the mediation shall be governed by the Mediation Stipulation, ECF No. 27; and it is further,

**ORDERED**: That, an individual with final authority to settle this controversy and to bind the party shall attend the mediation on behalf of each party; and it is further,

**ORDERED**: That, the status conference to discuss the status of the mediation, and a resolution, if any, presently scheduled for March 25, 2020, at 3:00 p.m., *see*, ECF No. 25, is hereby continued to May 7, 2020, at 1:00 p.m.; and it is further

**ORDERED**: That, all deadlines set forth in the court's scheduling order, ECF No. 25, are stayed pending the resolution of the mediation.

Dated this 7th day of February, 2020, at New Haven, Connecticut.

*Ann M. Nevins*
United States Bankruptcy Judge
District of Connecticut